IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **MISTY M. CASEY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CIV-05-201-R** |
| ) | |
| **JO ANNE B. BARNHART,** ) | |
| **Commissioner, Social Security** ) | |
| **Administration,** ) | |
| ) | |
| **Defendant.** ) | |

**O R D E R**

Before the Court is the Report and Recommendation of United States Magistrate Judge Bana Roberts entered September 28, 2005. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation is ADOPTED in its entirety, the Commissioner's final decision denying Plaintiff's applications for disability benefits and supplemental security income payments is REVERSED and this matter is REMANDED to the Commissioner for further proceedings consistent with the Report and Recommendation.

**IT IS SO ORDERED this 19th day of October, 2005.**

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE