## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **MISTY CASEY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   CIV-05-201-R |
| | ) |
| **JO ANNE BARNHART,** | ) |
| **Commissioner of Social Security** | ) |
| **Administration,** | ) |
| | ) |
| **Defendant.** | ) |

## **O R D E R**

Before the Court is the Report and Recommendation of United States Magistrate Judge Bana Roberts entered November 30, 2005. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation is ADOPTED in its entirety and Plaintiff's motion for attorney fees pursuant to the Equal Access to Justice Act is GRANTED and Plaintiff is AWARDED $3,966.50 as a reasonable attorney fee pursuant to 28 U.S.C. § 2412(d)(1)(A).

**It is so ordered this 21st day of December, 2005.**

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE